FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-3349

_____

DA'VHON YOUNG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Proceeding.

May 14, 2025

PER CURIAM.

The court dismisses the petition, as the underlying appeal remains pending.

OSTERHAUS, C.J., and M.K. THOMAS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Da'vhon Young, pro se, Petitioner.

No appearance for Respondent.